BABBITT, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Alice Babbitt against the Erie Railroad Company.

PER CURIAM. The justices qualified to hear and determine the appeal herein being equally divided and thereby unable to render a decision of this appeal, it is ordered that the

said appeal be, and the same hereby is, transferred to the Appellate Division of the Third Judicial Department for hearing and determination, pursuant to the statutes in such case made .and provided.